UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
RENZER BELL,

                Plaintiff,              O R D E R

     - against -                08 Civ. 9041 (NRB)

MICHAEL GORDON, HUGH RAINES,
FORT LAUDERDALE COLLECTION, INC.,
ATLAS LEASING, INC. and
"ABC CORPORATIONS 1-10" BEING
UNKNOWN AND FICTITIOUS AT THIS
TIME,

                Defendants.
----------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/09

       Whereas this case has been reassigned to the undersigned, the Order of Reference to Magistrate Judge Dolinger is withdrawn.

       SO ORDERED.

Dated:    New York, New York
          March 10, 2009

                                     NAOMI REICE BUCHWALD
                                     UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Renzer Bell
520 Westbrooks Street South West
Cairo, GA 39828

Joseph A. DeMaria, Esq.
Tew Cardenas LLP
Four Seasons Tower
15th Floor
1411 Brickell Avenue
Miami, FL 33131-3407

Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York